Sotero Junior Gomez #91525-054
150 Park Row
New York, NY 10007

Case 1:08-cr-00429-DLC   Document 71   Filed 02/10/11   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK, 2ND CIRCUIT

UNITED STATES OF AMERICA )
)
Plaintiff, )
)   Case No. 1:08-cr-00429-DLC
vs. )
)   NOTICE OF APPEAL
)
SOTERO JUNIOR GOMEZ, )
)
Defendant. )
)

COMES NOW the Defendant, Sotero Junior Gomez, pro se, and hereby gives notice of appeal from the judgement and sentence imposed by this Court on February 4, 2011.

Respectfully submitted this 6th day of February, 2011.

*(signature)*
SOTERO JUNIOR GOMEZ

Copy mailed this 7th day of February, 2011, to each of the following:

ASSISTANT U.S. ATTORNEY
JESSICA ORTIZ
ADAM HICKEY
RACHEL KOVNER,
UNITED STATES ATTORNEY SDNY
ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007

DAVID TOUGER
ATTORNEY AT LAW
70 LAFAYETTE ST.
NEW YORK, NY 10013